

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Breckenridge Property Fund 2016, LLC v. Claudia V. Machani; Kumar L. Machani

Appellate case number:    01-19-00528-CV

Trial court case number:   19-CCV-065124

Trial court:               County Court at Law No. 4 of Fort Bend County

Appellee, Breckenridge Property Fund 2016, LLC, has filed a motion to dismiss this appeal for want of prosecution. Appellee argues that appellants, Claudia V. Machani and Kumar L. Machani, did not file their brief by the November 15, 2019 deadline, and therefore this appeal is subject to involuntary dismissal for want of prosecution. Appellee's motion does not contain the required certificate of conference. TEX. R. APP. P. 10.1(a)(5). Accordingly, we **deny** appellee's motion.

We **order** appellants to file their appellate brief and a motion requesting an extension of time **within 15 days of the date of this order**. *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a)(1), 42. If appellants do not file their appellate brief and a motion to extend time within 15 days of the date of this order, this Court may dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3(b), 43.2(f).

It is so ORDERED.

Judge's signature:    _/s/ Evelyn V. Keyes_
                       ☑ Acting individually    ☐ Acting for the Court

Date: _January 9, 2020_